FILED
2008 May-19  AM 11:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| TAMMY C. ATKINS; DANNY J. ATKINS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CREDIT CONTROL SERVICES, INC., | ) ) ) |
| Defendant. | ) |

CASE NO. CV 07-B-1548-NE

## ORDER

This case is presently before the court on the Joint Stipulation of Dismissal, (doc. 25). It is hereby **ORDERED** that plaintiffs' claims are **DISMISSED WITH PREJUDICE** against defendant Credit Control Services, Inc.

**DONE** this 19th day of May, 2008.



SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE